AG ROUTE SEVEN PARTNERSHIP, Hermine R. Akrawi, Mike M. Akrawi, V.A. Arjun, Samuel J. Avery, Caroline M. Avery, Jeana Axelrod, Michael L. Barrett, Jon W. Bell, James R. Belote, Charles Berney, Bristol Industries, Inc., David P. Callett, Canal Investment Society L.P., James B. Carr, Ruth H. Carr, Sterling R. Collett, III, Warren E. Connelly, Lyman M. Drake, III, Lyman M. Drake, III Children's Trust, David H. Eisenstat, Frank L. Evans, Darrell C. Ferguson, and Ferguson Special Trust No.1, Plaintiffs–Appellants,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff,

v.

United States, Defendant–Appellee.

No. 03–5144.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2003.

ORDER

Order Vacated, See 2003 WL 22287580.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.